**FILE COPY**



**Court of Appeals**

*Seventh District of Texas*
*Potter County Courts Building*
*501 S. Fillmore, Suite 2-A*
*Amarillo, Texas 79101-2449*
*www.txcourts.gov/7thcoa.aspx*

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 13, 2015

Mary B. Hennessy
LAW OFFICE OF MARY HENNESSY
P. O. Box 2536
Brenham, TX 77834
\* DELIVERED VIA E-MAIL \*

Douglas Howell, III
Assistant District Attorney
300 East 26th Street, Suite 310
Bryan, TX 77803
\* DELIVERED VIA E-MAIL \*

**RE:** Case Numbers: 07-13-00353-CR, 07-14-00423-CR, 07-14-00424-CR
Trial Court Case Number: 11-02991-CRF-361
**Style:** Terry Fielder v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable Steven Lee Smith (DELIVERED VIA E-MAIL)
Marc Hamlin (DELIVERED VIA E-MAIL)